IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SERGEI PORTNOY; and ELENA PORTNOY,  )
                                    )     2:09-cv-01935-GEB-DAD
            Plaintiffs,             )
                                    )
       v.                           )
                                    )
UNITED STATES OF AMERICA;  JANET    )
NAPOLITANO, Secretary, US           )
Department of Homeland Security;    )
EMILIO T. GONZALEZ, Director, US    )
Citizenship and Immigration         )
Services;  ERIC HOLDER,             )
                                    )
            Defendants.             )
_____)

   Plaintiffs' conclusory request for an order requiring their release from jail and protection from deportation fails to comply with Local Rule 65-231, and is therefore denied.

Dated:  July 16, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge