IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SERGEI PORTNOY; and ELENA PORTNOY,
        Plaintiffs,

    v.

UNITED STATES OF AMERICA; JANET NAPOLITANO, Secretary, US Department of Homeland Security; EMILIO T. GONZALEZ, Director, US Citizenship and Immigration Services; ERIC HOLDER,
        Defendants.

2:09-cv-01935-GEB-DAD

<u>AMENDED ORDER DENYING REQUEST FOR TEMPORARY INJUNCTIVE RELIEF</u>

        Plaintiffs' conclusory request for an order requiring their release from jail and protection from deportation fails to comply with Local Rule 65-231, and is therefore denied.  This Rule requires a brief (legal authority) on all relevant issues presented in a motion, an affidavit justifying the relief sought, and an explanation concerning why notice of the motion was not provided to the affected parties.

Dated:  July 17, 2009

                              GARLAND E. BURRELL, JR.
                              United States District Judge